UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>  Plaintiff,<br><br>v.<br><br>WORLD AUTO PARTS, INC. et al.,<br><br>  Defendants. | Case No. 2:24-cv-09726-SB-PD<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

  Plaintiff filed his complaint against Defendants World Auto Parts, Inc. and Wartan Avidisyans on November 12, 2024.  On November 21, 2024, Plaintiff served Defendants.  *See* Dkt. Nos. 12, 13.  The parties then stipulated to extend Defendants' time to respond to the complaint to January 10, 2025.  Dkt. No. 17.  Defendants failed to timely respond, and Plaintiff has not sought entry of default against Defendants.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than January 22, 2025, why his claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

  The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before January 22, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: January 16, 2025

                                  Stanley Blumenfeld, Jr.
                                  United States District Judge